BME
AO 91 (Rev. 11/11) Criminal Complaint                                                                                                               USAO#

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.                                                                    Case No.  26-mj-30 (LIB)

JOSE ESPINOZA-ESPINOZA

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

On or about January 16, 2026 the defendant forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with any person designated in 18 U.S.C. § 1114, to wit: a special agent of the Department of Homeland Security Investigations, who was engaged in the performance of official duties, and caused physical contact, and with the intent to commit another felony; all in violation of Title 18, United States Code, Section 111 (a).

I further state that I am an HSI Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
*Complainant's signature*

SUBSCRIBED and SWORN before me 1/20/26
by reliable electronic means (FaceTime/Zoom and email) pursuant to Fed. R. Crim. P. 41(d)(3).

Kristina Sather, Special Agent
Homeland Security Investigation
*Printed name and title*

Date:  JANUARY 20, 2026

_____
*Judge's Signature*

City and State: ~~St. Paul, MN~~ 1/20/26
Duluth, MN

The Honorable Leo I. Brisbois
United States Magistrate Judge
*Printed Name and Title*

SCANNED
JAN 20 2026
U.S. DISTRICT COURT DULUTH