BME
AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the
District of Minnesota

UNITED STATES OF AMERICA

v.

JOSE ESPINOZA-ESPINOZA

Case No.  26-mj-30 (LIB)

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
JOSE ESPINOZA-ESPINOZA

who is accused of an offense or violation based on the following document filed with the court:

___ Indictment       ___ Superseding Indictment    ___ Information ___ Superseding Information   X   Complaint

___ Probation Violation Petition   ___ Supervised Release Violation Petition ___ Violation Notice ___ Order of the Court

On January 16, 2026 the defendant forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with any person designated in 18 U.S.C. § 1114, to wit: a special agent of the Department of Homeland Security Investigations, who was engaged in the performance of official duties, and caused physical contact, ~~and with the intent to commit another felony~~; all in violation of Title 18, United States Code, Section 111 (a).

*(handwritten: 1/20/26 LB NO P/C FOR clause / struken)*

Date: _January 20, 2026_

City and State: ~~St. Paul, MN~~  Duluth, MN 1/20/26  LB

_(Issuing officer's signature)_

The Honorable Leo I. Brisbois
United States Magistrate Judge

*Printed Name and Title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |

_____
*Arresting officer's signature*

_____
*Printed name and title*

SCANNED
JAN 2 0 2026
U.S. DISTRICT COURT DULUTH