# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: Leo I. Brisbois |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 26-mj-30 (LIB) |
| | ) | Date: January 21, 2026 |
| Jose Espinoza-Espinoza, | ) | Courthouse: Duluth |
| | ) | Courtroom: Zoom from Courtroom 3 |
| Defendant, | ) | Court Reporter: Digital Courtroom |
| | | Time Commenced: 3:30 p.m. |
| | | Time Concluded: 3:55 p.m. |
| | | Time in Court: 25 minutes |

APPEARANCES:

Plaintiff: Bradley Endicott, Assistant U.S. Attorney
Defendant: Jean Brandl, Assistant Federal Public Defender   X To be appointed
Interpreter / Language: Esperanza Lopez-Dominguez/Spanish

Date Charges Filed: 1/20/2026          Offense:   Assaulting, resisting, or impeding a Federal Officer

   X Waived Reading of Charges          X Advised of Rights on          X Complaint

 X The Court finds the Defendant eligible for the services of the Federal Defender's Office. Counsel to be appointed.

X Government moves for detention.   Motion is X granted, temporary detention ordered

Next appearance date is 1/26/2026 at 10:30 a.m. before U.S. Magistrate Judge Leo I. Brisbois in Courtroom 3, Duluth for:   X Detention hrg          X Preliminary/Probable Cause


Additional Information:
   X Defendant consents to this hearing via video conference.
   X Counsel for Government advised in accordance with the Due Process Protections Act, Pub. L. No. 116-182.


                                                                                     s/JLB
                                                                         Signature of Courtroom Deputy