UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 26-mj-30 (LIB) |
| Plaintiff, | ORDER OF PRELIMINARY DETENTION PENDING HEARING PURSUANT TO BAILREFORM ACT |
| v. | |
| Jose Espinoza-Espinoza, | |
| Defendant. | |

Upon motion of the United States, it is ORDERED that a detention hearing and preliminary/probable cause hearing is set for January 26, 2026, at 10:30 a.m. before Magistrate Leo I. Brisbois in Courtroom No. 3, Gerald W. Heaney Federal Building and U.S. Courthouse, 515 West First Street, Duluth, Minnesota. Pending this hearing, the Defendant shall be held in custody by the United States Marshal and produced for the hearing.

DATED: January 21, 2026

s/Leo I. Brisbois
Hon. Leo I. Brisbois
U.S. MAGISTRATE JUDGE