IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

PROBABLE CAUSE HEARING MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES - CRIMINAL** |
| Plaintiff, | BEFORE: Leo I. Brisbois |
| | U.S. Magistrate Judge |
| v. | |
| Jose Espinoza-Espinoza, | Case No: 26-mj-30 (LIB) |
| | Date: January 26, 2026 |
| Defendant. | Courthouse: Duluth |
| | Courtroom: 3 |
| | Court Reporter: Digital Recording |
| | Time Commenced: 10:35 a.m. |
| | Time Concluded: 10:40 a.m. |
| | Time in Court: 5 minutes |

X **PRELIMINARY/DETENTION HRG**
    Time in Court Prelim/Det: 4 minutes/1 minute

## APPEARANCES:

Plaintiff:                Bradley M. Endicott, Assistant U.S. Attorney
Defendant:             Siri Carlson McDowell, Assistant Federal Defender
Interpreter / Language:   Sally Nichols/Spanish

On    X Complaint

X The Government did not present any witnesses to meet its burden of establishing that the Complaint is supported
   by probable cause, and instead the Government moved to dismiss the Complaint.

X Motion is GRANTED and the Complaint is dismissed for lack of probable cause to support the Complaint.
   The Government's Motion for Detention of the Defendant pending further proceedings is DENIED as moot.
   No further Order to be issued.   26-mj-30 (LIB) will be closed.

X Defendant Ordered released following processing by the U.S. Marshal.


Additional Information:


                                                                                         s/JLB
                                                                            Signature of Courtroom Deputy